UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S.C. and S.C., individually and on behalf of S.C.,

Plaintiff,

-against-

New York City Department of Education,

Defendant.

21 Civ. 1579 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 22, 2021, the Court ordered the parties to file their proposed case management plan and joint letter by May 19, 2021, in advance of the initial pretrial conference scheduled for May 26, 2021. ECF No. 16. The parties failed to comply with that order.

Accordingly, by **May 24, 2021**, at **5:00 p.m.**, the parties are directed to file their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 21, 2021
New York, New York

ANALISA TORRES
United States District Judge